UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-03815 JAK (JPRx) | Date | May 12, 2021 |
|---|---|---|---|
| Title | Joe Ann Clack v. Silverado Senior Living, et al. | | |

JS-6

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER CLOSING DOCKET

Based on a review of the Complaint (Dkt. 1), it has been determined that this action shall be consolidated for pretrial proceedings with *In Re: Silverado Senior Living, Inc.*, LA CV 21-70. The Clerk is directed to close the docket in this action. All pending motions in this action shall be re-filed by counsel on the docket in the *In Re: Silverado Senior Living, Inc.* action. All further filings in the consolidated action shall be filed on the docket in the *In Re: Silverado Senior Living, Inc.* action.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | MR |